IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | |
|---|---|
| **Jakuta Diodes, LLC,** § § § | |
| **Plaintiff,** § § | **Case No. 6:16-cv-01182-RWS** |
| v. § § | |
| **Teledyne Reynolds, Inc., a California corporation,** § § | **JURY TRIAL** |
| **Defendant.** § § § § | |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, Plaintiff Jakuta Diodes, LLC ("Plaintiff") announced to the Court that Plaintiff's claims for relief against Teledyne have been resolved. Plaintiff therefore requests that the Court dismiss Plaintiff's claims for relief against Teledyne with prejudice pursuant to FRCP 41(a), and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against Teledyne are dismissed with prejudice. IT IS FURTHER ODERED that all attorneys' fees, costs of court and expenses shall be borne by the party incurring same.

**SIGNED this 18th day of November, 2016.**

*Robert W Schroeder*
ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE